# ELECTRONIC RECORD

**385-15**

COA # 02-14-00113-CR          OFFENSE: 3

STYLE: Joe Don McDonald v. The State of Texas          COUNTY: Hood

COA DISPOSITION: AFFIRMED          TRIAL COURT: 355th District Court

DATE: 03/26/15          Publish: NO          TC CASE #: CR12488

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Joe Don McDonald v. The State of Texas          CCA #: 385-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 10/14/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**